IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**SHEILA L. CLARK,**

    **Plaintiff,**

**v.**                                                   Civil Action No. 3:15-cv-00384
                                                              Honorable Robert C. Chambers

**ANDERSON MERCHANDISERS, LLC,**

    **Defendant.**

## AGREED ORDER OF DISMISSAL

      Plaintiff Sheila L. Clark and Defendant Anderson Merchandisers, LLC, by their respective counsel, hereby notify the Court that all matters set forth in the above-styled action as to these parties have been settled and agreed upon. By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this action be and hereby is dismissed with prejudice.

      The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this _____ day of _____, 2016.

                                                                                     _____
                                                                                     Honorable Robert C. Chambers

**PREPARED BY:**

/s/ Brian J. Moore                              
Brian J. Moore (WV State Bar #8898)
Mark A. Carter (WV State Bar #4316)
Forrest H. Roles (WV State Bar #3162)
DINSMORE & SHOHL LLP
P.O. Box 11887
Charleston, WV  25339-1887
Telephone:  (304) 357-0900
Facsimile:  (304) 357-0919
Email:  brian.moore@dinsmore.com
Email:  mark.carter@dinsmore.com
Email:  forrest.roles@dinsmore.com
*Counsel for Defendant Anderson Merchandisers, LLC*

**AGREED TO BY:**

/s/ J. Michael Ranson                              
J. Michael Ranson (WV State Bar #3017)
Cynthia M. Ranson (WV State Bar #4983)
RANSON LAW OFFICES
1562 Kanawha Boulevard, East
P.O. Box 3589
Charleston, WV 25336
Telephone:  (304) 345-1990
Facsimile:  (304) 345-1999
Email:  jmr@ransonlaw.com
Email:  cmr@ransonlaw.com

G. Patrick Jacobs (WV State Bar #1867)
JACOBS LAW OFFICES
7020 MacCorkle Avenue, SE
Charleston, WV 25304
Telephone:  (304) 926-6676
Facsimile:  (304) 926-8336
Email:  pjacobs@bjblaw.com
*Counsel for Plaintiff Sheila L. Clark*

10451591v1