IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

SHEILA L. CLARK,

        Plaintiff,

v.                                                        Civil Action No. 3:15-cv-00384
                                                        Honorable Robert C. Chambers

ANDERSON MERCHANDISERS, LLC,

        Defendant.

## AGREED ORDER OF DISMISSAL

Plaintiff Sheila L. Clark and Defendant Anderson Merchandisers, LLC, by their respective counsel, hereby notify the Court that all matters set forth in the above-styled action as to these parties have been settled and agreed upon. By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this action be and hereby is dismissed with prejudice.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 5 day of July, 2016.

_____
Honorable Robert C. Chambers

**PREPARED BY:**

/s/ Brian J. Moore
Brian J. Moore (WV State Bar #8898)
Mark A. Carter (WV State Bar #4316)
Forrest H. Roles (WV State Bar #3162)
DINSMORE & SHOHL LLP
P.O. Box 11887
Charleston, WV 25339-1887
Telephone: (304) 357-0900
Facsimile: (304) 357-0919
Email: brian.moore@dinsmore.com
Email: mark.carter@dinsmore.com
Email: forrest.roles@dinsmore.com
*Counsel for Defendant Anderson Merchandisers, LLC*

**AGREED TO BY:**

/s/ J. Michael Ranson
J. Michael Ranson (WV State Bar #3017)
Cynthia M. Ranson (WV State Bar #4983)
RANSON LAW OFFICES
1562 Kanawha Boulevard, East
P.O. Box 3589
Charleston, WV 25336
Telephone: (304) 345-1990
Facsimile: (304) 345-1999
Email: jmr@ransonlaw.com
Email: cmr@ransonlaw.com

G. Patrick Jacobs (WV State Bar #1867)
JACOBS LAW OFFICES
7020 MacCorkle Avenue, SE
Charleston, WV 25304
Telephone: (304) 926-6676
Facsimile: (304) 926-8336
Email: pjacobs@bjblaw.com
*Counsel for Plaintiff Sheila L. Clark*
10451591v1